1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION

11
12 | UNITED STATES OF AMERICA and         )
   | EARL K. HARTSELL JR., Revenue Officer, )   CASE NO. 09-cv-5945-CRB
13 |                                       )   ~~[Proposed]~~
   |           Petitioners,                )   ORDER TO SHOW CAUSE
14 |                                       )   RE: CONTEMPT
   |     v.                                )
15 |                                       )
   | MICHAEL J. PANZO,                     )
16 |                                       )
   |           Respondent.                 )
17 |_____)

18        Good cause having been shown by the United States upon its Application For Entry of

19 Order To Show Cause Re: Contempt, it is hereby

20        **ORDERED** that respondent appear in person before this Court on the ___7th___ day

21 of

22 ___January , 2011___, ~~2010~~, at _10:00_ _a_.m., in Courtroom No. 15, 18th Floor,

23 United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and then and

24 there show cause, if he has any, why the respondent should not be held in contempt for his

25 failure to comply with the Order Enforcing Summons filed March 26, 2010; and it is further

26        **ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said

27 respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five

28 (35) days before the return date of this Order above specified; and it is further

1    **ORDERED** that within twenty-eight (28) days before the return date of this Order, the respondent may file and serve a written response to the Order To Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as any motions he desires to make; that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

**ORDERED** this __12th__ day of __November__, 2010, at San Francisco, California.



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

**ORDER TO SHOW CAUSE RE:**
**CONTEMPT (No. C-09-5945-CRB)**                2